IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG E. WALKER                                                                                    PLAINTIFF

VS.                              CASE NO. 5:06CV0067 JMM

JOSE L. DIAZ, ET AL.                                                                          DEFENDANTS

### ORDER OF DISMISSAL

On stipulation of the parties (Docket No. 13), and it appearing to the Court that this matter has been settled, this case is hereby dismissed with prejudice. Each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

   December 6, 2006
DATE